# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  WA:26-CR-00108(1)-CRW |
| | § | |
| (1) Sylvestre Lerma | § | |

### ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 27, 2026, wherein the defendant (1) Sylvestre Lerma waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Sylvestre Lerma to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Sylvestre Lerma's plea of guilty to Count One (1) is accepted.

Signed this 9th day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE